DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL B. POULSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL B. POULSON,<br><br>*Defendant.* | No. 1:10-cr-0003 LJO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE: April 15, 2011<br>TIME: 8:30 A.M.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 25, 2011, **may be continued to April 15, 2011 at 8:30 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. A plea agreement in principal between the parties has been reached. It is anticipated the government will send a formal offer within the next week and that the requested April 15, 2011 date will be for a change of plea. Additionally, Mr. Poulson is currently housed on the medical floor of the jail and has limited mobility. He has previously appeared in court in a wheel chair and counsel would like to limit his trips to the courthouse.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiations purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 23, 2011      By:   /s/ Brian Enos
                                  BRIAN ENOS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 23, 2011      By:   /s/ Charles J. Lee
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MICHAEL B. POULSON

## O R D E R

**Good Cause exists for the continuance.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 23, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE