## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL B. POULSON,<br><br>        Defendant. | No. 1:10-cr-00003 LJO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

    The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

☐   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

☑   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

    This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

    Dated:   **January 19, 2018**                       */s/ Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE